## APPEL v. LITWAK et al.

### (Supreme Court, Appellate Term.   May 17, 1910.)

LANDLORD AND TENANT (§ 200*)—ACTION FOR RENT—SUFFICIENCY OF EVI-
DENCE.

Where defendant leased premises, and occupied them for a whole
month, with knowledge that the ordinary rent of the same was $50, he
is liable for that rental.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §
794; Dec. Dig. § 200.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Samuel Appel against Julius Litwak and another.   Judgment for defendants, and plaintiff appeals.   Reversed and remanded.

Argued before SEABURY, GUY, and BIJUR, JJ.

Rudolph Marks, for appellant.

Isaac Rosenberg, for respondents.

BIJUR, J.   The testimony, while somewhat uncertain as to various immaterial issues that seem to have been in controversy, is perfectly plain to the effect that defendant Litwak leased from plaintiff, and occupied, the premises for a whole month, with knowledge that the ordinary rent of the same was $50.

The judgment appealed from is reversed, and a new trial ordered, with costs to the appellant to abide the event.   All concur.